

**NUMBER 13-12-00413-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**TERESA M. VARNES,** **APPELLANT,**

**v.**

**WILLIAM J. VARNES,** **APPELLEE.**

---

**On Appeal from the 135th District Court
of Calhoun County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Teresa M. Varnes, filed an appeal from a judgment entered by the 135th District Court of Calhoun County, Texas, in cause number 09-05-0729. Appellant has filed an unopposed motion to withdraw the appeal on grounds that the parties have reached a settlement agreement. Appellant requests that this Court withdraw the appeal and dismiss the appeal with prejudice.

The Court, having considered the documents on file and appellant's unopposed motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's unopposed motion to withdraw the appeal, is GRANTED, and the appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
15th day of November, 2012.

2